IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | |
| v. | : | 1:15CR223-1 |
| | : | |
| BENJAMIN CORNELIUS BLUE. | : | |

NOTICE OF GENERAL APPEARANCE

Daniel A. Harris and Andrew C. Clifford hereby give notice of general appearance to represent the Defendant, Benjamin Cornelius Blue.

Respectfully submitted, this the 3rd day of August, 2015.

/s/ Daniel A. Harris_____
Daniel A. Harris
NCSB No. 46086
*Counsel for Defendant*

/s/ Andrew C. Clifford _____
Andrew C. Clifford
NCSB No. 32623
*Counsel for Defendant*

OF COUNSEL:

CLIFFORD CLENDENIN & O'HALE, LLP
415 West Friendly Avenue
Greensboro, NC 27401
Phone: (336) 378-1212
Fax:   (336) 346-3292
E-Mail: Daniel@cliffordlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Notice of General Appearance with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the United States Attorney's office.

Respectfully submitted this 3rd day of August, 2015.

/s/ Daniel A. Harris_____
Daniel A. Harris
NCSB No. 46086
*Counsel for Defendant*

OF COUNSEL:

CLIFFORD CLENDENIN & O'HALE, LLP
415 West Friendly Avenue
Greensboro, NC 27401
Phone: (336) 378-1212
Fax:    (336) 346-3292
E-Mail: Daniel@cliffordlawoffice.com