FILED: December 12, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-4537
(1:15-cr-00223-JAB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BENJAMIN CORNELIUS BLUE

    Defendant - Appellant

_____

### J U D G M E N T
_____

In accordance with the decision of this court, the defendant's sentence is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK