FILED: January 3, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4537
(1:15-cr-00223-JAB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BENJAMIN CORNELIUS BLUE

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 12/12/2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*