IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:15CR223-1 |
| | ) | |
| BENJAMIN CORNELIUS BLUE | ) | |

### ORDER

This matter comes before the court upon Counsel's Motion to Withdraw (Doc. 84). Based upon a finding that Defendant has retained private counsel (see Doc. 83), the court concludes that an order should be entered allowing court-appointed attorney J. Blake Norman to withdraw as counsel of record.

**IT IS THEREFORE ORDERED** that the motion to withdraw (Doc. 84) is **GRANTED** and that Attorney Norman is hereby relieved of further responsibility of representation in this matter.

This the 6th day of April, 2018.

/s/ William L. Osteen, Jr.
_____
United States District Judge